# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |
| DEFENDANT(S). | |

To: All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order ☐ 98-3 ☐ 02-06, this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☐ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division.

This case has been reassigned to case number _____ and has been ☐ assigned ☐ reassigned to Judge _____ for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☐ assigned ☐ reassigned to Magistrate Judge _____ for:
☐ any discovery and/or post-judgment matters that may be referred.
☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read: _____ . This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By: _____
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Intake Coordinator; Statistics Clerk*

G-73 (04/14)          **NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**